# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: | ) |
| | ) |
| **SHAI SHAWN TAMIR.** | )   Chapter 11 |
| | )   Case No. 14-20368 |
| | ) |
| **Debtor.** | ) |

## FINAL DECREE

Upon consideration of the Chapter 11 Final Accounting and Motion for Final Decree (the "Motion") filed by Shai Shawn Tamir (the "Debtor"), and no objections or other responses having been filed in relation to the Motion, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1.   The Motion is granted.

2.   The Debtor's Chapter 11 case is closed in accordance with the provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the provisions of the Confirmation Order[1] and the Modified Plan upon the finding and conclusion that the estate has been fully administered and the Modified Plan has been substantially consummated.

3.   This Court retains jurisdiction over the above-captioned case to the extent provided in ¶ 7 of the Confirmation Order and § 9.14 of the Modified Plan (including, but not limited to, for the purposes of ruling on any pending or to-be-filed final fee applications for estate professionals).

DATED:   April 10, 2018

_____
United States Bankruptcy Judge

---

[1] Defined terms shall have the same meanings as ascribed to them in the Motion, unless otherwise noted.